

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2021

No. 04-20-00515-CV

**IN THE INTEREST OF V.S., A CHILD**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00518
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief is due on **January 15, 2021**; however, no further extensions will be granted absent extenuating circumstances.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court